**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4419 Van Nuys Blvd. Ste. 301
Sherman Oaks, CA 91403
T: (323) 940-1700
F: (510) 570-3815
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
ERICA BAKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA BAKER,<br>Plaintiff,<br>vs.<br>CAPTIAL ONE AUTO FINANCE,<br>Defendant. | Case No.: 2:24-cv-03271-JAM-JDP<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE MATTER WITH PREJUDICE** |

NOW COMES Plaintiff, ERICA BAKER, and Defendant, CAPITAL ONE AUTO FINANCE, a division of CAPITAL ONE BANK (USA), N.A., erroneously sued herein as Capital One Bank, N.A., , by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of the instant matter in its entirety, with prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

///

///

///

RESPECTFULLY SUBMITTED,

Dated: July 22, 2025

**MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

Dated: July 22, 2025

**DOLL AMIR & ELEY LLP**

By: /s/ Amy Irene Borlund

Amy Irene Borlund
*Attorney for Defendant*

**PROOF OF SERVICE**

I, G. Thomas Martin, III, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 4419 Van Nuys Blvd. Ste. 301 Sherman Oaks, CA 91403. On July 22, 2025, I served the following documents:

**STIPULATION TO DISMISS**

On all parties of record, through counsel

By the following means of service:

[X] **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X] **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on July 22, 2025, at Sherman Oaks, California.

By:/s/ G. Thomas Martin, III
G. Thomas Martin, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERICA BAKER,

Plaintiff,

vs.

CAPTIAL ONE AUTO FINANCE,

Defendant.

Case No.: 2:24-cv-03271-JAM-JDP

**ORDER DISMISSING CASE WITH PREJUDICE**

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby **APPROVED**. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

August 07, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE